CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 31 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WENDY LEIGH SPROUSE, a/k/a, WENDY LEIGH SHIFFLETT, | ) ) ) |
| Petitioner, | ) Civil Action No. 7:13cv00312 ) ) § 2254 FINAL ORDER ) |
| v. | ) ) By: Samuel G. Wilson |
| DIRECTOR, DEPARTMENT OF CORRECTIONS, | ) United States District Judge ) ) |
| Respondent. | ) ) |

In accordance with the memorandum opinion entered on this date, it is hereby **ORDERED** and **ADJUDGED** that the respondent's motion to dismiss is **GRANTED**, Sprouse's 28 U.S.C. § 2254 petition is **DISMISSED**, and this action is **STRICKEN** from the docket of the court. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER:** this 31st day of October, 2013.

United States District Judge